# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEO BRADEN McGUINN, #925849, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 25-cv-00199-SMY |
| ) | |
| WLLAM STAFFORD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**YANDLE, District Judge:**

This matter is before the Court for case management. The Court denied Plaintiff's Motion for Leave to Proceed *in forma pauperis* (IFP) for failure to establish indigence on May 2, 2025. (Doc. 15). Plaintiff was ordered to prepay the $405.00 filing fee for this action by June 2, 2025, if he intended to proceed with this matter. *Id*. Plaintiff missed the payment deadline, and he did not request an extension.

The Court entered a Notice of Impending Dismissal (Doc. 16) on June 10, 2025. Plaintiff was warned that the entire action would be dismissed without prejudice for non-compliance with the Court's Order (Doc. 15), if payment was not received by June 23, 2025. This deadline expired a week ago, and Plaintiff has not made payment or requested additional time to do so. The Court will not allow this matter to linger indefinitely. Accordingly, the case is **DISMISSED without prejudice** for failure to comply with the Court's Orders at Docs. 15 and 16 and for failure to prosecute his claims. FED. R. CIV. P. 41(b).

If Plaintiff wishes to appeal this dismissal, his notice of appeal must be filed with this Court within thirty days of the entry of judgment. FED. R. APP. P. 4(a)(1)(A). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline.

1

FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of the judgment, and this 28-day deadline cannot be extended. A motion for leave to appeal *in forma pauperis* must set forth the issues Plaintiff plans to present on appeal. *See* FED. R. APP. P. 24(a)(1)(C). If Plaintiff does choose to appeal, he will be liable for the $605.00 appellate filing fee irrespective of the outcome of the appeal. *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk is **DIRECTED** to **CLOSE THIS CASE** and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  June 30, 2025**                    *s/ Staci M. Yandle*
                                             **STACI M. YANDLE**
                                             **United States District Judge**